# EXHIBIT B

EXHIBIT B

DECLARATION OF NAFISHA SYEDA
UNITED STATES V. ANIK ROY
16 CR 847 (JGK)

I, NAFISHA SYEDA, pursuant to 28 U.S.C. § 1746, hereby declares under penalties of perjury that the following statements are true and accurate:

1. I am the girl friend of Anik Roy and I have known him since 2015, more than three years ago. We are seriously considering getting married. I am a full-time student at NYIT studying computer science and I am working part-time as a teller at Chase Manhattan Bank.

2. I first want to talk about the deportation aspect of this case. Anik is from Bangladesh, a majority Moslem country. He is Hindu. I am Moslem and my family is from Bangladesh.

3. If Anik is deported he will face extreme danger in Bangladesh and may even be killed for going out with a Moslem girl. Unfortunately, our relationship is on social media and there is a high probability that Moslems in Bangladesh will know about it. This is a very serious matter which is deserving of consideration.

4. I am also very worried about what will happen to Anik in jail. His physical characteristics do not match up to the average human male. He is extremely short and thin. I would say that he weighs less than 115 pounds and is about five foot three inches tall. I have no doubt that he will be taken advantage of in jail. Further, in my opinion he is adorable. He has beautiful eyes and has a very slender appearance which would make him attractive to other inmates. I do not believe this is an irrational concern. Also,

1

because he has a very young and small, almost adolescent appearance, he has always been subject to bullying. I have seen this with his so-called friends who insult and hit him and he has no way to defend himself or fight back. I know from his family that as a result of this bullying, he was suicidal before I met him and I am worried about how that will play out in jail.

5. I know that he has done wrong. But I want the Court and the prosecution to know his good qualities. Just like him, I have depression issues, and he has always been there for me. He is a kind person who really listens, and comes to me whenever I need him and that is often. He brings me down from my panic attacks and has a warm and empathetic side that is really remarkable. He also takes care of me when I am sick and helps me manage my health. I have horrible asthma, sleep apnea, and weight issues that I struggle with on a daily basis and three or four times a year I am in the hospital. Anik is always there to help me and to talk with me when I have these health issues. He is incredibly unselfish in this regard.

6. He does the same for his family. His absence will impact me but also his parents, brother, brother's family, aunts and uncles and cousins. He does so much for all of them and is the person who helps with getting insurance, filling out forms, getting a passport, driving someone to an appointment or just to talk when problems arise. Again, he is simply an unselfish helper in so many ways. He even has a close relationship with my baby sister.

7. Whatever illegal acts that Anik committed, I know that he did not benefit that much and I know that he has lived in a desperate financial situation and followed the lead

2

of another person who moved him in the wrong direction. This is not an excuse it is just an explanation for why this happened. I know that he is now passed that sort of thing and is not a danger at all. He has lost his job at Uber and now struggles to get work and does his best at Dominos Pizza, the only job he can get.

8. I know that Anik has to be punished, but he has suffered much already and the Court should give a good deal of weight to the fact that he did not personally benefit that much from this crime, the strong possibility that he will be deported, face extreme danger, be bullied in jail, and that he will be in immigration jail while he seeks to stay in the country.

New York, NY

December 17, 2018

NAFISHA SYEDA
Cell: 718 971 0054