EXHIBIT C

EXHIBIT C

To the Honorable John Koeltl for my sentencing on my case
16 Cr. 847:

Dear Judge Koeltl:

First I want to thank the Court for giving me a second
chance at this sentencing. I know that saving my life here will
be a tough road ahead but I am thankful that at least the Court
will consider giving me a better chance at staying here.

This motion has given me more of a chance to think about my
case and understand my situation better. I now understand what it
means to be an American who follows the law and does what is
right. In a really poor country like Bangladesh, when people are
desperate and in a bad situation financially, the rules are bent
and the law is broken to make life work. I realize now that a
good American says no when someone suggests that they do
something which is wrong, no matter how desperate one feels and
no matter how hard life can be. I did not live my life the way
that it should have been lived. I did not do what was right when
I had the chance to say no to an employer who wanted me to
participate in his illegal actions. When I was approached by the
informant, I just went along with the same thoughts and
statements that involved illegal things when I should have said I
don't do these things. I now realize that good Americans avoid
such actions and they say no when these subjects come up, no
matter how poor they are and no matter what their situation.

When I got arrested and when I went through this case
before, I was defending what I did. I was pushing away my guilt
because I mistakenly thought I should do that. I am older now and
I have figured out where my thinking was wrong and that what I
did was wrong.

I don't sleep at all the past half a year and I know part of
that is that I am sorry that I was caught and that I have to face

what the Court will do. But, now, I finally know that the suffering and the fear of what may happen comes from my failure to do what was right and that I am the reason that I am facing this very horrible situation.

It has been so tough for me in that I lost my taxi job because of this case. I have not been able to get any employment because I am a felon. I can continue at Dominos but even when I wanted to transfer to another Dominos to get more hours I was denied. The community knows that I am a criminal. My family and I feel a lot of shame. I understand now what I lost here.

I know that the only way to really rise above this is to go to school and really get a good education to overcome what I have done to myself. I will try to do that as soon as possible once I am sentenced.

Now that more of my family is here, I have a lot to be thankful for and I am hoping that I can pull my life together and move forward with them and Nafisha, who I love. I have not been in trouble for three years, and I have changed. It took me a long time to understand what the meaning of this situation is, but I have learned a lot. I hope that the Court can find a reason to give me as little jail as possible.

I am going to be in immigration jail and I may be deported, which is terrifying to me. As I said, we have suffered a lot because of what I did and I will suffer more in the future. I know that Nafisha has written to the Court and I will not repeat what she said. But she was right in what she told the Court.

Please help me and my family.

Respectfully,

Anik Roy