UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────────

**UNITED STATES OF AMERICA**

      - against -                        16cr847 (JGK)

**ANIK ROY,**                                   <u>ORDER</u>

              **Defendant.**
───────────────────────────────────

**JOHN G. KOELTL, District Judge:**

    The Government should respond to the defendant's request for a modification of supervised release by May 29, 2020. The defendant may reply by June 5, 2020.

**SO ORDERED.**

**Dated:**    **New York, New York**
            **May 21, 2020**                             /s/ John G. Koeltl
                                                       **John G. Koeltl**
                                              **United States District Judge**